**JS-6**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOWARD KING, | Case No. 2:10-cv-6926-ODW(PJWx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| LIVEUNIVERSE, INC.; and BRAD GREENSPAN, | |
| Defendants. | |

Based upon the Court's July 12, 2011 Order (ECF No. 37), **IT IS HEREBY ORDERED**:

1.     Judgment for Plaintiff Howard King against Defendants LiveUniverse Inc. and Brad Greenspan in the amount of $1.3 million, plus attorneys' fees and costs of $120,416.11, for a total of $1,420,416.11.

July 18, 2012

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**